UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HAMLEN

    Plaintiff,

against

GATEWAY ENERGY SERVICES
CORPORATION,

    Defendant.

Civil Action No.: 7-16-cv-03526-VB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/16

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Coleman B. Conkling for admission to practice *Pro Hac Vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

    Coleman B. Conkling
    Edison, McDowell & Hetherington LLP
    First City Tower
    1001 Fannin Street
    Suite 2700
    Houston, TX 77002
    Tel.:   (713) 337-5580
    Fax:   (713) 337-8859

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Gateway Energy Services Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 23, 2016

_____
United States District/~~Magistrate~~ Judge