UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HAMLEN, <br><br> Plaintiff, <br><br> v. <br><br> GATEWAY ENERGY SERVICES CORPORATION, <br><br> Defendant. | Civil Action No. 7:16-cv-03526-VB-JCM <br><br> Motion for Leave to File an <br><br> Amended Class Action Complaint |

**PLAINTIFF'S MOTION
FOR LEAVE TO FILE AN AMENDED CLASS ACTION COMPLAINT**

Please take notice that Plaintiff Robert Hamlen, by his attorneys, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, respectfully moves this Court for leave to file the attached Amended Class Action Complaint (Exhibit 1).  Plaintiff has also attached a redlined version of the Amended Class Action Complaint, noting any and all changes from the original Complaint (Exhibit 2).  Plaintiff files this motion pursuant to Rules 15, 20, and 21 Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Class Action Complaint.

Dated:   August 16, 2017
            White Plains, New York

                                    **FINKELSTEIN, BLANKINSHIP,
                                    FREI-PEARSON & GARBER, LLP**


                                    /s/ D. Greg Blankinship
                                    D. Greg Blankinship
                                    Todd S. Garber
                                    Antonino B. Roman

{00286596 }

Chantal Khalil
445 Hamilton Avenue
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com
tgarber@fbfglaw.com
aroman@fbfglaw.com
ckhalil@fbfglaw.com

*Attorneys for Plaintiff and the Putative Class*